**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-2026**

KHADIRAH MA'AT T. EL-BEY; ASARU ALIM N.T. EL-BEY,

        Plaintiffs - Appellants,

    v.

CITY OF RALEIGH POLICE DEPARTMENT; J. S. VARNELL; DAVID
SHELTON; A. J. MOSER; M. J. CORSO,

        Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Terrence W. Boyle,
District Judge. (5:11-cv-00275-BO)

Submitted: November 15, 2011     Decided: November 17, 2011

Before NIEMEYER and KEENAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Khadirah Ma'at T. El-Bey and Asaru Alim N.T. El-Bey, Appellants
Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Khadirah Ma'at T. El-Bey and Asaru Alim N.T. El-Bey appeal the district court's order accepting the recommendation of the magistrate judge and dismissing their complaint as untimely. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. El-Bey v. Raleigh Police Dep't, No. 5:11-cv-00275-BO (E.D.N.C. Aug. 22, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED